UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROCHELLE BROWN**                                              **CIVIL ACTION**

**VERSUS**                                                              **No. 11-1662**

**LIVE NATION WORLD WIDE INC., ET AL.**                 **SECTION "I"**

## ORDER

On July 15, 2011, the above-captioned case was removed from the Civil District Court for the Parish of Orleans pursuant to 28 U.S.C. §§ 1332, 1441(a), 1441(b) and 1446 because complete diversity of citizenship existed among the parties and the amount in controversy exceeded $75,000.00.

On November 7, 2011, this Court granted the unopposed motion filed by plaintiff, Rochelle Brown ("Brown"), for leave to file her first supplemental and amended complaint. Brown's complaint added additional defendants, who are Louisiana citizens for the purposes of subject-matter jurisdiction, to this case.

Before the Court is Brown's unopposed motion[1] to remand this matter to the Civil District Court for the Parish of Orleans because this Court lacks subject-matter jurisdiction. Considering that the Court lacks subject-matter jurisdiction pursuant to 28 U.S.C. § 1332,

**IT IS ORDERED** that the motion is **GRANTED** and this case is **REMANDED** to the Civil District Court for the Parish of Orleans, State of Louisiana, because of a lack subject-matter jurisdiction.

New Orleans, Louisiana, November 9th, 2011.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 14.